CHARLES R. STIRLING, Appellant, *v.* JAMES HARRISON, Respondent.

(Submitted January 5, 1875; decided May term, 1875.)

THIS was an appeal from an order of General Term reversing a judgment, entered upon the report of a referee. It was not stated in the order that the reversal was upon questions of fact. *Held*, that there was some evidence sufficient to sustain the findings of the referee, and that they were conclusive. Some questions as to the reception of evidence were considered, but no question of general interest was presented.

*C. Frost* for the appellant.

*J. O. Dykman* for the respondent.

LOTT, Ch. C., reads for reversal of order and for affirmance of judgment entered upon the report of the referee.

All concur.

Order reversed and judgment accordingly.